TRACY L. WILKINSON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section
MAXWELL COLL (Cal. Bar No. 312651)
Assistant United States Attorney
Asset Forfeiture Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-1785
     Facsimile: (213) 894-0142
     E-mail: Maxwell.Coll@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>            v.<br><br>RAGHAVENDER REDDY BUDAMALA,<br>  aka "Reddy Raghav Budamala,"<br><br>            Defendant. | No. CR 2:22-00077-ODW<br><br>GOVERNMENT'S BILL OF PARTICULARS RE FORFEITURE ALLEGATIONS |

Notice is hereby given that the government, pursuant to the forfeiture allegations set out in the Indictment (Dkt. 14), intends to seek the criminal forfeiture of the following specific property, including but not limited to the following:

  a. $1,892,706.33 in in bank funds seized pursuant to a federal seizure warrant executed on or about February 23, 2022, from TMD Ameritrade account ending in '8743 in the name of Budamala.

  b. $819.028.07 in bank funds seized pursuant to a federal seizure warrant executed on or about February 22, 2022, from Citibank account ending in '6558 in the name of Hayventure LLC.

  c. $27,930.22 in bank funds seized pursuant to a federal seizure warrant executed on or about February 22, 2022, from Bank of America account number ending in '8343 in the name of Reddy Budamala;

  d. Real Property located in Irvine, California, more particularly described as follows:

  DESCRIPTION:

  THE LAND REFERRED TO HEREIN IS SITUATED IN THE CITY OF IRVINE, COUNTY OF ORANGE, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:

  PARCEL 1:

  LOT 27 OF SAID TRACT EXCEPTING THEREFROM A NON-EXCLUSIVE EASEMENT OVER THE NORTHERLY 5.00 FEET OF SAID LOT FOR THE BENEFIT OF LOT C OF SAID TRACT, AS THE SAME IS SHOWN ON EXHIBIT "A" AND FOR THE PURPOSES SET FORTH THEREIN IN THAT CERTAIN DECLARATION OF ESTABLISHMENT OF EASEMENT RECORDED JUNE 14, 1974 IN BOOK 11171, PAGE 1166 OF OFFICIAL RECORDS OF SAID COUNTY.

  PARCEL 2:

  A NON-EXCLUSIVE EASEMENT OVER THE NORTHERLY 5.00 FEET OF LOT 28 OF SAID TRACT, AS THE SAME IS SHOWN ON EXHIBIT "A" AND FOR THE PURPOSES SET FORTH THEREIN THAT CERTAIN DECLARATION OF

ESTABLISHMENT OF EASEMENT RECORDED JUNE 14, 1974 IN BOOK 11171, PAGE 1166 OF OFFICIAL RECORDS OF SAID COUNTY.

APN: 453-142-27

e.   Real Property located in Los Angeles, California, more particularly described as follows:

DESCRIPTION:

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:

LOT 11, OF TRACT NO. 8602 IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 107 PAGE(S) 84 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

APN: 5479-018-017

f.   Real Property located in Malibu, California, more particularly described as follows:

DESCRIPTION:

REAL PROPERTY IN THE UNINCORPORATED AREA OF THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, DESCRIBED AS FOLLOWS:

THE EAST HALF OF THE NORTHWEST QUARTER OF THE NORTHWEST QUARTER OF THE NORTHWEST QUARTER OF SECTION 17, TOWNSHIP 1 SOUTH, RANGE 18 WEST, SAN BERNADINO MERIDIAN, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA.

SAID LAND IS SHOWN ON THE CERTIFICATE OF COMPLIANCE NO. 03-447 RECORDED JANUARY 16, 2004 AS INSTRUMENT NO. 04-0118361 OF OFFICIAL RECORDS.

APN: 4464-022-021

    g.   $970,000.00 in funds invested in CMB Infrastructure Investment Group 75 LP.

    h.   $250,000.00 in funds invested in NHK Mansfield LP.

    i.   $150,000.00 in funds invested in 529 Investment Plan.

    j.   $9,998.00 in cryptocurrency invested on the Gemini Trust cryptocurrency exchange.

Dated: April 13, 2022          Respectfully submitted,

                                      TRACY L. WILKISON
                                      United States Attorney

                                      SCOTT M. GARRINGER
                                      Assistant United States Attorney
                                      Chief, Criminal Division

                                      /s/ *Maxwell Coll*
                                      MAXWELL COLL
                                      Assistant United States Attorney
                                      Asset Forfeiture Section

                                      Attorney for Plaintiff
                                      UNITED STATES OF AMERICA